# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: ALBERT THOMAS V. CHICAGO TEACHERS' PENSION FUND,

Case Number: 21-cv-01844

An appearance is hereby filed by the undersigned as attorney for:

CHICAGO TEACHERS' PENSION FUND

Attorney name (type or print): Gregory H. Andrews

Firm: Jackson Lewis P.C.

Street address: 150 N. Michigan Avenue, Suite 2500

City/State/Zip: Chicago, Illinois 60601

Bar ID Number: 6209480
(See item 3 in instructions)

Telephone Number: 312-787-4949

Email Address: Gregory.Andrews@jacksonlewis.com

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ✔ | |
| Are you acting as local counsel in this case? | | ✔ |
| Are you a member of the court's trial bar? | ✔ | |
| If this case reaches trial, will you act as the trial attorney? | ✔ | |

If this is a criminal case, check your status.

☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you

☐ Federal Defender

☐ CJA Panel Attorney

_____

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on January 23, 2023

Attorney signature: S/ Gregory H. Andrews

(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015